1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
6      Telephone:     (415) 436-7200
       Facsimile:     (415) 436-7234
7      Email: kevin.barry@usdoj.gov

8  Attorneys for Plaintiff

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )   No CR 12-mj-70872-MAG
                                        )
15         Plaintiff,                   )
                                        )   **STIPULATION AND [PROPOSED]**
16     v.                               )   **ORDER CHANGING HEARING DATE**
                                        )   **AND EXCLUDING TIME**
17  JORGE CHAVEZ,                       )
                                        )
18         Defendant.                   )
                                        )
19

20         The Court has set January 30, 2013, as the date for a preliminary hearing or arraignment.

21         The parties hereby stipulate to set the preliminary hearing or arraignment date on March

22  15, 2013, and they request that the Court extend the time limits provided by Federal Rule of

23  Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.  This extension of time is necessary for the

24  parties to explore possible pre-indictment resolution, for effective preparation of counsel, and for

25  continuity of counsel, as defense counsel is currently in a homicide trial.

26         Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of

27  time, and the parties represent that good cause exists for this extension, including the effective

28  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70872-MAG

also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this Order through March 15, 2013. The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 29, 2013

/s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: January 28, 2013

/s/
PETER A. FITZPATRICK
Attorney for JORGE CHAVEZ

### [PROPOSED] ORDER

For the reasons stated above, the Court sets March 15, 2013, as the date for the arraignment or preliminary hearing.  The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through November 13, 2012, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 30, 2013

HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70872-MAG                                                                                                                    2