UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE CHAVEZ,<br>         Defendant. | NO. CR 3:12-MJ-70872<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that, for good cause shown, Mr. Chavez's passport be released to Mr. Chavez effective immediately.

IT IS SO ORDERED.

DATED: November 20, 2017

HON. ROBERT M. ILLMAN
United States Magistrate Judge